Elsie E. Stephenson, Plaintiff-Appellant, v. William Webb and General Telephone Directory Company, a Corporation, Defendants-Appellees.

Gen. No. 10,297. 

Third District.

October 20, 1960.

 Alan M. Wienman and Loren B. Lewis, of Bloomington, for appellant; Costigan, Wollrab, and Yoder, of Bloomington, for appellees. Opinion by PRESIDING JUSTICE CARROLL. Not to be published in full.